# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5299**                                    **September Term, 2022**

**1:22-cv-03110-UNA**

**Filed On:** March 1, 2023

Surf Moore,

       Appellant

    v.

National Security Agency,

       Appellee

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Henderson and Katsas, Circuit Judges, and Sentelle, Senior Circuit Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's October 21, 2022 order dismissing appellant's complaint and civil action be affirmed. The district court correctly concluded that dismissal was warranted for substantially the same reasons as in Moore v. NSA, No. 19-cv-3170 (D.D.C. Oct. 31, 2019), aff'd, No. 19-5324 (D.C. Cir. Feb. 5, 2020). Namely, that appellant's allegations are baseless and wholly incredible. See, e.g., Denton v. Hernandez, 504 U.S. 25, 32-33 (1992) (district court may dismiss as frivolous a complaint whose factual allegations "rise to the level of the irrational or the wholly incredible").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

            BY:   /s/
                    Daniel J. Reidy
                    Deputy Clerk